UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20215-CIV-ALTONAGA

**MALIBU MEDIA, LLC**,

    Plaintiff,
vs.

**JOHN DOE**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on John Doe's Motion to Quash or Modify Subpoena ("Motion") [ECF No. 8], filed February 28, 2014. The Motion was filed *pro se* by an unidentified person. Because the unidentified person has left no name, address, or other contact information with the Court, and has appeared in this case *pro se*, the Court has no way to serve him or her.

Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion to Quash or Modify Subpoena **[ECF No. 8]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of March, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record