UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-20215-CIV-ALTONAGA

**MALIBU MEDIA, LLC**,

    Plaintiff,
v.

**JOHN DOE subscriber assigned
IP address 216.189.188.162**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Defendant's Unopposed Motion to Seal Defendant's Second Motion to Quash (the "Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant's Second Motion to Quash [ECF No. 10] and Defendant's Response to Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 13] shall be sealed from public access. Only counsel of record shall be authorized to have access to the sealed court records. This Order shall remain in effect until April 11, 2015.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 11th day of April, 2014.

                                                **CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record