UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20215-CIV-ALTONAGA

**MALIBU MEDIA, LLC**,

    Plaintiff,
vs.

**JOHN DOE**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court *sua sponte*. On February 19, 2014, the Court entered an Order [ECF No. 7] requiring Plaintiff to file proof of service as to Defendant on or before May 20, 2014. The February 19 Order warned that failure to file proof of service would result in a dismissal without prejudice and without further notice as to this action. Plaintiff has failed to comply with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal as to this case will result in a statute of limitations bar to re-filing.

Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is instructed to mark this case **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of May, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record